IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRAD A. BATES,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5107

Opinion filed March 20, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Brad A. Bates, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the corrected judgment and sentence rendered on or about July 7, 2016, in Duval County Circuit Court case number 16-1996-CF-13920-BXXX, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent him in the belated appeal authorized by this opinion.

B.L. THOMAS, OSTERHAUS and BILBREY, JJ., CONCUR.